DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES L. HUDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1146

_____

April 22, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

We affirm without comment but also without prejudice to any right that James L. Hudson may have to raise his claim of ineffective assistance of counsel pursuant to Florida Rule of Criminal Procedure 3.850.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.